**No. 44965.**—Protests 963347-G, etc., of G. H. Mumm Champagne (S. V. C. S.) & Asso., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of glass bottles in the shape of various types of birds and animals with a capacity of less than one-quarter of a pint and containing liqueur the same as those the subject of Abstract 44121. The claim at 16⅔ cents per gross under paragraphs 810 and 217 was therefore sustained.

**No. 44966.**—Protest 949064-G of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) the opera glasses in question were held dutiable at 45 percent under paragraph 228 as claimed.

**No. 44967.**—Protest 924892-G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel fur dogs similar to those the subject of Abstract 41823 were held dutiable at 50 percent under paragraph 1519 (e) as claimed. Metal flutes were held dutiable at 45 percent under paragraph 397 in accordance with stipulation of counsel and on the authority of Abstract 40185.

**No. 44968.**—Protests 815478-G, etc., of Mason Bros. & Tarlin (Boston).

Opinion by OLIVER, P. J. It was stipulated that the balloons in question are the same as those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 as articles in part of bamboo was therefore sustained.

**No. 44969.**—Protests 800949-G, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the balloons in question are the same as those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 as articles in part of bamboo was therefore sustained.

**No. 44970.**—Protest 824732-G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the balloons in question are the same as those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 as articles in part of bamboo was therefore sustained.